**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1968**
_____

WAKE COUNTY HUMAN SERVICES,

          Plaintiff - Appellee,

    v.

WILLIAM SCOTT DAVIS, JR.,

          Defendant – Appellant,

_____

**No. 15-1969**
_____

WAKE COUNTY HUMAN SERVICES,

          Plaintiff - Appellee,

    v.

WILLIAM SCOTT DAVIS, JR.,

          Defendant – Appellant,

_____

**No. 15-1970**
_____

WAKE COUNTY HUMAN SERVICES,

          Plaintiff - Appellee,

    v.

WILLIAM SCOTT DAVIS, JR.,

Defendant – Appellant,

---

**No. 15-1971**

---

STATE OF NORTH CAROLINA,

        Plaintiff - Appellee,

    v.

WILLIAM SCOTT DAVIS, JR.,

        Defendant – Appellant,

---

**No. 15-1972**

---

WILLIAM SCOTT DAVIS, JR., as next best friend to his daughter J.F.D., a minor,

        Plaintiff - Appellant,

    and

J.F.D., a minor,

        Plaintiff,

    v.

CHARLOTTE MITCHEL, individually and as Guardian Ad Litem of J.F.D., appointed by the Court; WENDY KIRWAN, individually and as Supervisor Wake County N.C. Guardian Ad Litem Program; NAOMIE LIVINGSTON, Individually and as Director Wake County NC Guardian Ad Litem Program and all staff individually and in their official capacities as program managers, superiors and Advocate Attorneys for the Wake County NC 10th Judicial District Guardian Ad Litem Program; JANE VOLLAND, Individually, and as Director of the State of North Carolina Ad Litem; BEVERLY PERDUE, individually and as Governor of the State of North Carolina; NANCY BERSON, individually and as Child and Family for UNC School of

2

Medicine Program on Childhood Trauma and Maltreatment; ANTHONY HAL MORRIS, Individually and in their official capacities as Advocate Attorneys for the Wake County N.C. Guardian Ad Litem Program; RICHARD CROUTHARMEL, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; SUSAN F. VICK, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; REGINALD O'ROURKE, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; MELLONNEE KENNEDY, Individually and in their official capacities as Advocate Attorneys; for the Wake County N.C. Guardian Ad Litem Program; CARRIE FLATT, Individually and in their official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program; FONDA LYONS-COUSAR; MARGARET HERTZLER, individually and in their official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program; CHERYL HANES, Individually and in their official capacities, as Program Supervisors for the Wake County, N.C. Guardian Ad Litem Program,

Defendants – Appellees,

---

**No. 15-7355**

---

WILLIAM SCOTT DAVIS, JR.,

Plaintiff - Appellant,

v.

STATE OF NORTH CAROLINA; BEVERLY PERDUE, Governor; MELANIE A. SHEKITA; COLON WILLOUGHBY; ERIC CRAIG CHASSE; LORI CHRISTINA; ROBERT RAEL; DAVID COOK; ALBERT SINGER; ROGER ASKEW; ELIZABETH MCCLEERY; SYDNEY BATELL; SCOTT WARREN; NORTH CAROLINA DEPARTMENT OF HEALTH & HUMAN SERVICES; WAKE COUNTY HUMAN SERVICES; RAMON RAJENO; JOHN TENNA; WARREN LUCKWIG; LISA SELLERS; DANIELLE DOYLE; JAN MAGRI; AUDREY RICHARDSON; TAMMY PATTERSON; ALLISON THOMPSON; SONJA CARLTON; WAKE COUNTY BOARD OF DIRECTORS; WAKE COUNTY SCHOOL BOARD; KINGWOOD ELEMENTARY SCHOOL; SHERRY SESSER; ELAINE HOFFETT; KRISTEN LEWIS; TOWN OF CARY; CARY POLICE DEPARTMENT; SETH CUNNINGHAM; PAT BAZEMORE; IRVING LESSETT; MICHELLE SAVAGE; GREGORY SAVAGE; ADAM SHAKATE; MARK EVERSON;

3

NANCY BENSON; JANE VOLLAND; MAONIE LIVINGSTON; CHARLOTTE MITCHELL; WENDY KIRWIN; RICHARD CROUTHIMEL; HAL MORRIS; SUSAN VICK; JANE DOE; NORTH CAROLINA DEPARTMENT OF CORRECTIONS; DENISE EDWARDS; ALLEN BRONIES; ANGELA HASS; DAVID DUKE; JAMIE HUNT; OLLIE TAYLOR; ROBERT BROWN; RICHARD DURHAM; ROBIN STRICKLAND; BRIAN DEMEFONE,

Defendants - Appellees.

---

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (5:14-cv-00005-F; 5:14-cv-00004-F; 5:14-cv-00003-F; 5:14-cv-00007-F; 5:12-cv-00493-F; 5:11-ct-03258-F)

---

Submitted: December 15, 2015          Decided: December 17, 2015

---

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Scott Davis, Jr., Appellant Pro Se. Roger Allen Askew, WAKE COUNTY ATTORNEY'S OFFICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

4

PER CURIAM:

In these consolidated appeals, William Scott Davis, Jr., seeks to appeal the district court's orders denying his motions for recusal and to reopen. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wake Cty. Human Servs. v. Davis, No. 5:14-cv-00005-F (E.D.N.C. July 14, 2015); id. (Aug. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED